Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




## MEMORANDUM OPINION

Nos. 04-10-00298-CR & 04-10-00299-CR

Federico A. **TELLEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2005-CR-1850 & 2005-CR-3527
Honorable Sharon MacRae, Judge Presiding

Opinion by: Catherine Stone, Chief Justice

Sitting: Catherine Stone, Chief Justice
Phylis J. Speedlin, Justice
Steven C. Hilbig, Justice

Delivered and Filed: February 2, 2011

AFFIRMED

Based on Frederico Tellez's pleas of true to violating the terms of his community supervision, the trial court revoked Tellez's community supervision and sentenced him to five years imprisonment in each of the underlying causes. Tellez's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel concludes that these appeals have no merit. Counsel provided Tellez with a copy of the brief and informed him of his right to review the record and file his

own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Tellez did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeals are frivolous and without merit. The judgments of the trial court are affirmed. Appellate counsel's motion to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Tellez wish to seek further review of this case by the Texas Court of Criminal Appeals, Tellez must either retain an attorney to file a petition for discretionary review or Tellez must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3, 68.7. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Catherine Stone, Chief Justice

DO NOT PUBLISH